## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

U.S. Equal Employment Opportunity
Commission

                        Plaintiff,

v.                                       Case No.: 1:18−cv−04168

                                       Honorable Sharon Johnson
                                       Coleman

IDEC Corporation

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 17, 2018:

       MINUTE entry before the Honorable Sharon Johnson Coleman: Status hearing held on 8/17/2018. Defendant will file a motion to stay litigation by the end of today. Response to the motion to stay to be filed by 8/31/2018. Reply to be filed by 9/7/2018. Status hearing set for 9/21/2018 at 9:00 AM. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.