# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

U.S. Equal Employment Opportunity Commission

                Plaintiff,

v.                                Case No.: 1:18−cv−04168

                                      Honorable Sharon Johnson Coleman

IDEC Corporation

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 19, 2018:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Status hearing set for 9/21/2018 is stricken. Defendant's motion to compel arbitration and stay litigation [21] having been fully briefed is taken under advisement. Mailed notice. (ym, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.