IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | CASE NO: 18-CV-4168 |
| STEVEN MASSIE, | ) ) | Judge Sharon Johnson Coleman |
| Intervenor-Plaintiff, | ) ) | |
| v. | ) ) | |
| IDEC CORPORATION, | ) ) | |
| Defendant. | ) | |

## NOTICE OF APPEAL

Notice is hereby given that Defendant IDEC Corporation ("IDEC") appeals to the United States Court of Appeals for the Seventh Circuit from this Court's Order (ECF Dkt. No. 28) dated March 14, 2019 denying IDEC's motion to (1) compel arbitration of the ADA action brought by Plaintiff Steven Massie and (2) stay litigation of the ADA claims brought by Plaintiff Equal Employment Opportunity Commission pending arbitration of Massie's ADA claims.

Dated: March 27, 2019 Respectfully Submitted,

**IDEC CORPORATION**

*/s/Paul A. Patten*
One of Its Attorneys

Paul A. Patten (ARDC No. 6203624)
Julia P. Argentieri (ARDC No. 6302727)
Jackson Lewis P.C.
150 N. Michigan
Suite 2500
Chicago, Illinois 60601
Phone: 312.787.4949
Fax: 312.787.4995
Paul.Patten@jacksonlewis.com
Julia.Argentieri@jacksonlewis.com

1

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on March 27, 2019, I electronically filed the foregoing Notice of Appeal with the Clerk of the Court using the CM/ECF system which sent notification of said filing to all counsel of record.

/s/Paul A. Patten

Paul Patten