IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | Civil Action No.: 1:18-cv-04168 |
| Plaintiff, | ) ) | |
| STEVEN L. MASSIE, | ) ) ) | |
| Intervenor-Plaintiff, | ) ) | |
| v. | ) ) | Judge Sharon Johnson Coleman |
| IDEC CORPORATION, | ) ) | JURY TRIAL DEMAND |
| Defendant. | ) | |

## NOTICE OF MOTION

To: Diane Ilene Smason, Esq.
Bradley S. Fiorito, Esq.
Richard Mrizek, Esq.
Gregory M. Gochanour, Esq.
Equal Employment Opportunity Commission
230 S. Dearborn, Suite 2920
Chicago, IL 60604

Paul Patten
Julia P. Argentieri
150 N. Michigan Avenue, Suite 2500
Chicago, IL 60601

**Please Take Notice** that on Thursday, June 6, 2019, at 8:45 AM, I will appear before the Honorable Sharon Johnson Coleman in Courtroom 1425, Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois and present Inervenor-Plaintiff Steven L. Massie's **Motion for Substitution of Intervenor-Plaintiffs Pursuant to Federal Rule of Civil Procedure 25(a)**, a copy of which is linked to this notice.

Intervenor-Plaintiff Steven L. Massie

By: /s/ Dianne M. Onichimowski, his Attorney

1

## CERTIFICATE OF SERVICE

Dianne M. Onichimowski, an attorney, certifies that she served the foregoing document identified above and this notice via the ECF system on May 30, 2019.

/s/ Dianne M. Onichimowski, Esq.

Dianne M. Onichimowski, Esq. (#6239587)
DMO LAW FIRM
111 E. Wacker Drive, Suite 2600
Chicago, IL 60601
T: (312) 474-7788
T: (312) 251-9700
donichimowski@comcast.net