## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
### Eastern Division

U.S. Equal Employment Opportunity
Commission

                                      Plaintiff,

v.                                          Case No.: 1:18−cv−04168

                                                      Honorable Sharon Johnson
                                                      Coleman

IDEC Corporation

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 5, 2019:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Intervenor−Plaintiff's motion for substitution intervenor−plaintiffs pursuant to Federal Rule of Civil Procedure 25(a)[39] is granted. No appearance necessary on 6/6/2019. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.