**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2**
**Eastern Division**

U.S. Equal Employment Opportunity
Commission

                Plaintiff,

v.                            Case No.: 1:18–cv–04168
                            Honorable Sharon Johnson
                            Coleman

IDEC Corporation

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 21, 2020:

      MINUTE entry before the Honorable Sharon Johnson Coleman: The Estate of Steven L. Massie and IDEC's joint motion to dismiss [51] is granted. The Court dismisses the Estate's lawsuit with prejudice, with each party bearing its own attorneys' fees and expenses. EEOC and IDEC's joint motion for entry of consent decree [52] is granted. Counsel to submit the proposed consent decree in Word format to the Court's Proposed Order email at Proposed_Order_Coleman@ilnd.uscourts.gov. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.